# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | No. 181 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| FRANCIS GALDO, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

> Was President Judge Pellegrini correct in dissent that the Commonwealth Court Majority's conclusion -- that the property here, acquired by the City through a public-purpose condemnation designed to assist the Commonwealth with the construction of I-95, and then held for subsequent resale, was subject to adverse possession -- was mistaken and in conflict with Superior Court precedent?